**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Eugene PIERCE, Defendant–**
**Appellant.**

No. 02–30272.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald Eugene Pierce, pro se, heridan, OR,for Petitioner–Appellant.

Frank R. Papagni, Jr., Esq., USEU–Office of the U.S. Attorney, Eugene, OR, for Respondent–Appellee.

Before GOODWIN, WALLACE and MCKEOWN, Circuit Judges.

MEMORANDUM **

Ronald Eugene Pierce appeals pro se the district court's denial of his "petition for lack of jurisdiction under the Commerce Clause." Pierce contends that 18 U.S.C. § 922(g)(1) is an unconstitutional exercise of Congress's authority under the Commerce Clause. We dismiss this appeal for lack of jurisdiction.

All pending motions are denied.

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

